RECEIVED
IN LAKE CHARLES, LA

MAY 1 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILMOT HOWARD** | : | **DOCKET NO. 2:05-cv-1553** |
| VS. | : | JUDGE MINALDI |
| **ALBERTO GONZALES, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition for writ of *habeas corpus* be GRANTED to the extent that petitioner be released from custody[1] if not removed on or before May 31, 2006. Otherwise the petition is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] In the event that ICE is not able to remove petitioner on or before May 31, 2006, his release may, of course, be conditioned on any of the various forms of supervised release that are appropriate in the circumstances, and he may, no doubt, be returned to custody upon violation of those conditions. *Zadvydas v. Davis*, 121 S.Ct. 2491, 2504 (2001); 8 U.S.C. § 1231(a)(3).