RECEIVED
IN LAKE CHARLES, LA
JUN 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILMOT HOWARD** | : | **DOCKET NO. 2:05 CV 1553** |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALEZ, ET AL. | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

Presently before the court is a Motion for a New Trial or Alternatively, Motion to Amend the Judgment pursuant to F.R.Civ.P. 59(a) and (e).

A hearing was held before Magistrate Judge Alonzo P. Wilson on April 6, 2006. The evidence introduced at the hearing indicated that there was a tentative date of April or May for the charter flight necessary to deport the petitioner. Because the evidence supported a finding that Howard would be removed by May 31, 2006, the court found that the petitioner's continued detention was necessary to secure his removal. The Magistrate Judge also clearly stated that if the petitioner had not been removed by the end of May, the length of his detention would exceed what is reasonably necessary to secure his removal, his detention would no longer be authorized by statute, and that he should be released pending his eventual removal from the United States.

The Government is seeking to continue Howard's detention based upon the fact that the Liberian Embassy has determined that Howard is a citizen and national of Liberia. At the hearing the petitioner stipulated that he is Liberian. This was never an issue. No new evidence is being offered by the government.

Howard has been in detention since October 8, 2004, 14 months longer than the presumptive six month period established in *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491 (2001). The Magistrate Judge ordered that if Howard had not been deported by May 31, 2006, he was to be released. The government is in violation of this order.

The Government's Motion for a New Trial IS DENIED. The government's Alternative Motion to Amend the Judgment IS DENIED.

IT IS ORDERED that the government immediately release the petitioner from custody pending deportation.

Lake Charles, Louisiana, this 14 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE